# Court of Appeals of the State of Georgia

ATLANTA, September 06, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0120.  OMATAYO A. IDOWU v. NORTH AMERICAN SPECIALTY INSURANCE COMPANY.**

In this breach of contract action, the trial court entered a consent order awarding damages to the plaintiff on May 17, 2016.  On June 30, 2016, Omatayo Idowu filed a notice of appeal to this Court.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Idowu's notice of appeal is untimely, as it was filed 44 days after entry of the judgment against him.  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
         Clerk's Office, Atlanta,  09/06/2017
         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*